UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

STEPHEN C. EISELE,                                    Case No.: DK-15-01467
                                                      Chapter 13
    Debtor.                                        Hon. Scott W. Dales
_____//                             Filed: March 13, 2015

## ORDER DENYING CONFIRMATION

THIS MATTER having come to be heard upon confirmation of the Debtor's Chapter 13 Plan; and a hearing having been held June 23, 2015; and Debtor having failed to appear; and with the Trustee appearing through counsel and requesting Denial of Confirmation for the reasons stated on the record; and the Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED THAT** confirmation of debtor Stephen C. Eisele's Chapter 13 Plan is **DENIED** for failing to meet the confirmation standards of 11 U.S.C. §1325 as set forth on the record.

**IT IS FURTHER ORDERED** that service of a copy of this Order shall be made upon the last known address of the Debtor, and on the Trustee, in accordance with the provisions of Fed. R. Bankr. P. 2002; such service shall constitute the notice required by Fed. R. Bankr. P. 1017.

### END OF ORDER

**IT IS SO ORDERED.**

Dated June 25, 2015



_____
Scott W. Dales
United States Bankruptcy Judge